

NOV 2 1 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUN MICHAEL SAMSON,<br><br>Defendant. | CR 19-100-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Leave to File Plea Agreement under Seal (Doc. 20), and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The Defendant's Plea Agreement shall be filed under seal.

DATED this 20th day of November, 2019.

SUSAN P. WATTERS
United States District Judge

1